UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Court File No.: 25-CR-38 (SRN/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| **RAYMUNDO OLALDE-NIEVES,** | |
| Defendant. | |

Thomas Hollenhorst, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the Government.

Wyatt Arneson, ARNESON LAW OFFICE, 400 South Fourth Street, Suite 1025, Minneapolis, MN 55415, for Defendant Olalde-Nieves.

This matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Douglas L. Micko dated December 1, 2025. (Doc. No. 45.) No objections have been filed to that Report and Recommendation in the time period permitted. Accordingly, upon all of the files, records and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. No. 45) is **ADOPTED**; and

2. Defendant Raymundo Olalde-Nieve's Motion to Suppress Evidence (Doc. 27) is **DENIED**.

Dated: Friday, January 23, 2026          *s/ Susan Richard Nelson*
                                          Susan Richard Nelson
                                          United States District Judge